No. 347, Misc. LEWIS *v.* MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *L. W. Gray,* Assistant Attorney General, for respondent.

No. 477, Misc. DAVIS *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Michael R. Alfieri,* Assistant Attorney General, for respondent.

No. 793. TIAN *v.* BROUSSARD. Supreme Court of Texas. Certiorari denied. *Charles E. Heidingsfelder, Jr.* for petitioner.

No. 829. NORTH AMERICAN AIRLINES, INC., ET AL. *v.* CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Telford Taylor, George J. Solomon, Hardy K. Maclay* and *Walter D. Hansen* for petitioners. *Solicitor General Rankin, Franklin M. Stone* and *O. D. Ozment* for respondent.

No. 830. WOODS ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William B. Bryant* and *Henry Lincoln Johnson, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.